THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jeremy Richard Phillips, Appellant.
 
 
 
 
 

Appeal From Cherokee County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2010-UP-363
 Submitted June 1, 2010  Filed July 14,
2010

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, and Assistant Attorney General Alphonso Simon, Jr., all of
 Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Jeremy
 Richard Phillips was convicted of murder and first-degree arson.  Phillips
 appeals his convictions, arguing the trial court erred in failing to instruct the
 jury on the lesser included offense of assault and battery of a high and
 aggravated nature.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority: State v. White, 361 S.C. 407, 412, 605 S.E.2d 540, 542 (2004) ("[A] trial judge does not err by refusing to charge a lesser
 included offense where there is no evidence tending to show the defendant was
 guilty only of the lesser offense.").   
AFFIRMED.
FEW, C.J.,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.